IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IORGOS GALANOS, | ) |
| Plaintiff, | ) CIVIL No.: 3:10-cv-05849-JCS |
| vs. | ) STIPULATION AND ORDER EXTENDING |
| MICHAEL C. ASTRUE, | ) TIME TO FILE PLAINTIFF'S MOTION FOR |
| Commissioner of Social Security, | ) SUMMARY JUDGMENT AND/OR |
| Defendant. | ) REMAND |

　　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Galanos may have an extension of 20 days in which to file his motion for summary judgment or remand.  The parties have agreed, subject to the approval of the Court, that Plaintiff's filing is due on Thursday, May 25, 2011, pursuant to Civil L.R. 16-5.

///

///

Dated:  May 6, 2011

<u>S/Ian M. Sammis/</u>
IAN M. SAMMIS
Attorney for Plaintiff

Dated:   May 6, 2011

<u>S/Elizabeth Barry/</u>   Per e-mail authorization
ELIZABETH BARRY
Assistant Regional Counsel
and Attorney for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May   24   , 2011

_____
JOSEPH C. SPERO
United States District Magistrate Judge

GALANOS, EXT.MSJ AND/OR REMAND
C 10-05849 JCS