```
 1  MELINDA L. HAAG CSBN 132612
    United States Attorney
 2  DONNA L. CALVERT, SBN IL 6191786
    Acting Regional Chief Counsel, Region IX
 3  ELIZABETH BARRY, CSBN 203314
    Special Assistant United States Attorney
 4
        333 Market Street, Suite 1500
 5      San Francisco, California 94105
        Telephone:  (415) 977-8972
 6      Facsimile:  (415) 744-0134
        Email: Elizabeth.Barry@ssa.gov
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IORGOS GALANOS, | CASE NO.: 3:10-cv-5849-JCS |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until June 7, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: May 8, 2012     */s/ Robert Weems*
                       (as authorized via e-mail)
                       Robert Weems
                       Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MELINDA L. HAAG
United States Attorney

Dated: May 8, 2012     By /s/ Elizabeth Barry
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/8/12

_____
JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

2