1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
                     **SAN FRANCISCO DIVISION**
10

11 IORGOS GALANOS,                    )
                                      )    CASE NO.: 3:10-cv-5849-JCS
12            Plaintiff,              )
                                      )    STIPULATION AND ~~PROPOSED~~ ORDER
13       v.                           )    FOR A SECOND EXTENSION FOR
                                      )    DEFENDANT TO FILE NOTICE, MOTION,
14                                    )    AND MEMORANDUM IN SUPPORT OF
   MICHAEL ASTRUE,                    )    CROSS-MOTION FOR SUMMARY
15 Commissioner of Social Security,   )    JUDGMENT AND IN OPPOSITION TO
                                      )    PLAINTIFF'S MOTION FOR SUMMARY
16            Defendant.              )    JUDGMENT
   _____)
17

18
           IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
19
   of the Court, that Defendant shall have a 30-day extension, or until July 9, 2012, in which to file his
20
   Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
21
   Opposition to Plaintiff's Motion for Summary Judgment.
22
           This is Defendant's second request for an extension of time in this matter.
23
                                          Respectfully submitted,
24
   Dated: June 7, 2012                    */s/ Robert Weems*
25                                         (as authorized via e-mail)
                                          Robert Weems
26                                         Attorney for Plaintiff
27

28

1                                   MELINDA L. HAAG
                                    United States Attorney

Dated: June 7, 2012               By */s/ Elizabeth Barry*
                                   ELIZABETH BARRY
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____June 11, 2012_____

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Judge Joseph C. Spero

2